UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
Case No. 09-14400-CIV-GRAHAM/LYNCH

RCI TM CORP. AND RCI LLC,

    Plaintiffs,

vs.

RCI ACQUISITIONS AND RENTALS CORP.
AND KEITH CROTEAU,

    Defendants.
_____/

### ORDER

**THIS CAUSE** comes before the Court upon Plaintiffs' <u>Ex Parte</u> Motion for Temporary Restraining Order [D.E. 4].

**THE COURT** has reviewed the motion, the pertinent portions of the record and is otherwise fully advised in the premises.

**THE MATTER** was referred to the Honorable United States Magistrate Judge Frank J. Lynch to issue a report and recommendation on the motion for temporary restraining order. The Magistrate Judge issued a Report recommending that Plaintiffs' motion for temporary restraining order be denied [D.E. 6]. Plaintiffs have filed objections to the report [D.E. 7].

**THE COURT** has conducted an independent review of the record and is otherwise fully advised in the premises. Based thereon, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [D.E. 6] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Plaintiffs' Motion for Temporary Restraining Order is **DENIED** to the extent Plaintiffs seek an emergency, ex parte temporary restraining order.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11th day of January, 2010.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Lynch
    Counsel of Record